## Unity Building and Loan Association, to use (Appellant), *v.* Scott.

Argued September 10, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

232

*Samuel Melnick,* for appellant.

*Franklin H. Spitzer, Jr.,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

*Leslie P. Hill,* for appellee.

OPINION PER CURIAM, November 14, 1958:
Judgment affirmed on the opinion of President Judge BOK of the court below, 14 Pa. D. & C. 2d 515.